IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON

In re: ) Case No. 19-42727 BDL Ch.13
)
) EX PARTE MOTION TO DELAY
Justin David Larson ) DISCHARGE
Chresta Louise Larson )
)
)
)
Debtor(s) )
)
)
)

COMES NOW, Debtor, by and through counsel and requests an Order to Delay Discharge:

1. Debtors request and extension to delay discharge in this case to January 31, 2020;
2. Debtors are still negotiating their reaffirmation agreement and need a little more time to complete the process;
3. This is Debtor's first request for an extension.

Dated: December 23, 2019

By: */s/ Mark A. Ditton*
Mark A. Ditton #45432
Of Attorneys for Debtor(s)
360-831-0893

MOTION

Page 1

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing EX PARTE MOTION TO DELAY DISCHARGE was delivered on <u>December 23, 2019</u> as follows:

**Served via ECF:**

United States Trustee

Russel D. Garrett, Chapter 13 Trustee

By: <u> /s/ ***Mark A. Ditton***</u>
Mark A. Ditton, #45432
NW Debt Relief Law Firm
1312 Main Street
Vancouver, WA 98660
Of Attorneys for Debtor(s)
360-381-0893
mark@nwrelief.com

MOTION

**Page 2**